ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: June 5, 2018
START: 2:30 pm
END: 3:05 pm

DOCKET NO: 18-cv-01236-RRM-

CASE: Lopez et al v. Alltran Financial, LP

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [x] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Jacob Silver |
| | w/ all 4 plaintiffs |
| | |

| DEFENDANT | ATTORNEY |
|---|---|
| | Adam Hartley |
| | |
| | |

- [ ] FACT DISCOVERY TO BE COMPLETED BY November 2, 2018
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court discusses settlement with the parties, who will continue their negotiations and will file a joint status report by June 11, 2018. Pleadings may be amended and new parties added until July 31, 2018. If the case hasn't settled, the parties will file a joint updated status report by October 5, 2018, which shall state whether there will be expert discovery and/or dispositive motions.